AO 94  (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

WESTERN         District of         TEXAS

FILED
2014 OCT -6  PM 3: 31

UNITED STATES OF AMERICA
v.
FNU MARTINEZ,
TN: GUADALUPE MARTINEZ

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 14-CR-00136-CMA (District of Coloardo) | 3:14-M-3834-ATB | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

  X  Indictment     ☐ Information     ☐ Complaint     ☐ Other

charging a violation of     21     U.S.C.     §§ 841(a)(1), 841(b)(1)(A) and 846

**DISTRICT OF OFFENSE**
United States District for the Court District of Colorado

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with intent to distribute a controlled substance involving 5 kilograms or more of cocaine

**CURRENT BOND STATUS:**

☐ Bail fixed                           and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other

**Representation:**  x Retained Own Counsel     ☐ Federal Defender     ☐ CJA Attorney     ☐ None

**Interpreter**     ☐ No     X Yes     Language:  Spanish

WESTERN     DISTRICT     OF     TEXAS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 6, 2014
Date

ANNE T. BERTON, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |